

UNITED STATES GOVERNMENT
**NATIONAL LABOR RELATIONS BOARD**

REGION 29
Two Metro Tech Center
Suite 5100
Brooklyn, NY 11201-3838

Agency Website: www.nlrb.gov
Telephone: (718)330-7713
Fax: (718)330-7579



Download
NLRB
Mobile App

January 27, 2021

**URGENT**

Salomon Fried, nfortuna@allynfortuna.com
Central Yetev D'satmar Meat Inc
684 Myrtle Ave
Brooklyn, NY 11205

> Re:     Central Yetev D'Satmar Meat Inc.
>          Case 29-RC-271860

Dear Mr. Fried:

Enclosed is a copy of a petition that The United Production Workers Union Local 17-18 filed with the National Labor Relations Board (NLRB) seeking to represent certain of your employees. After a petition is filed, the employer is required to promptly take certain actions so please read this letter carefully to make sure you are aware of the employer's obligations. This letter tells you how to contact the Board agent who will be handling this matter, about the requirement to post and distribute the Notice of Petition for Election, the requirement to complete and serve a Statement of Position Form, the Petitioner's requirement to complete and serve a Responsive Statement of Position Form, a scheduled hearing in this matter, other information needed including a voter list, your right to be represented, and NLRB procedures, including how to submit documents to the NLRB.

**Investigator:** This petition will be investigated by Attorney FRANCISCO GUZMAN whose telephone number is (718)765-6198. The Board agent will contact you shortly to discuss processing the petition. If you have any questions, please do not hesitate to call the Board agent. If the agent is not available, you may contact Supervisory Attorney NANCY LIPIN whose telephone number is (718)765-6208. The Board agent may also contact you and the other party or parties to schedule a conference meeting or telephonic or video conference for some time before the close of business the day following receipt of the final Responsive Statement(s) of Position. This will give the parties sufficient time to determine if any issues can be resolved prior to hearing or if a hearing is necessary. If appropriate, the NLRB attempts to schedule an election either by agreement of the parties or by holding a hearing and then directing an election.

**Required Posting and Distribution of Notice:** You must post the enclosed Notice of Petition for Election by **Wednesday, February 3, 2021** in conspicuous places, including all places where notices to employees are customarily posted. The Notice of Petition for Election must be posted so all pages are simultaneously visible. If you customarily communicate electronically with employees in the petitioned-for unit, you must also distribute the notice electronically to them. You must maintain the posting until the petition is dismissed or withdrawn or this notice is replaced by the Notice of Election. Posting and distribution of the

4827-5063-4459, v.1

Form NLRB-5492
(Rev: 12-2015)

 **National Labor Relations Board**

# NOTICE OF PETITION FOR ELECTION

**This notice is to inform employees that The United Production Workers Union Local 17-18 has filed a petition with the National Labor Relations Board (NLRB), a Federal agency, in Case 29-RC-271860 seeking an election to become certified as the representative of  the employees of CENTRAL YETEV D'SATMAR MEAT INC in the unit set forth below:**

**Included: All regular fill-time and part-time nonsupervisory personnel;**

**Excluded: Office clerical and supervisor as defined by the National Labor Relations Act as amended.**

**This notice also provides you with information about your basic rights under the National Labor Relations Act, the processing of the petition, and rules to keep NLRB elections fair and honest.**

## YOU HAVE THE RIGHT under Federal Law

- **To self-organization**
- **To form, join, or assist labor organizations**
- **To bargain collectively through representatives of your own choosing**
- **To act together for the purposes of collective bargaining or other mutual aid or protection**
- **To refuse to do any or all of these things unless the union and employer, in a state where such agreements are permitted, enter into a lawful union-security agreement requiring employees to pay periodic dues and initiation fees. Nonmembers who inform the union that they object to the use of their payments for nonrepresentational purposes may be required to pay only their share of the union's costs of representational activities (such as collective bargaining, contract administration, and grievance adjustments).**

## PROCESSING THIS PETITION

**Elections do not necessarily occur in all cases after a petition is filed.  NO FINAL DECISIONS HAVE BEEN MADE YET regarding the appropriateness of the proposed unit or whether an election will be held in this matter.  If appropriate, the NLRB will first see if the parties will enter into an election agreement that specifies the method, date, time, and location of an election and the unit of employees eligible to vote.  If the parties do not enter into an election agreement, usually a hearing is held to receive evidence on the appropriateness of the unit and other issues in dispute.  After a hearing, an election may be directed by the NLRB, if appropriate.**

**IF AN ELECTION IS HELD, it will be conducted by the NLRB by secret ballot and Notices of Election will be posted before the election giving complete details for voting.**

## ELECTION RULES

4827-5063-4459, v.1